ACCEPTED
05-13-01653-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/2/2015 9:20:38 AM
LISA MATZ
CLERK

# THE MILLER LAW FIRM

ATTORNEYS AT LAW
—

TURTLE CREEK CENTRE
3811 TURTLE CREEK BLVD., SUITE 1950
DALLAS, TEXAS  75219
TELEPHONE (469) 916-2552
FACSIMILE (469) 916-2555

J. KEITH WEBB                                                              kwebb@tmlfpc.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

2/2/2015 9:20:38 AM

LISA MATZ
Clerk

February 2, 2015

*<u>Via e-Filing</u>*
Fifth Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

> *Re:     Case No. 05-13-01653-CV Thomas Allen Powell, et al. v. Penhollow, Inc., et al.*
> *Our File No. 0500.23259*

Dear Clerk:

Please allow this correspondence to serve as notice that I will be out of the office and unavailable on the following dates for pre-planned events:

| | |
|---|---|
| **March 5 & 6, 2015** | **Continuing Education** |
| **March 24 - 30, 2015** | **Vacation** |
| **May 14 & 15, 2015** | **Child's College Graduation** |

I would appreciate you not setting any matters for hearing and/or oral argument during this period of time.

By copy of this letter, I am notifying all counsel of record in this matter of the above and respectfully would request that he not set any matters during the aforementioned dates as well.

Thank you for your attention to this matter.  If you have any questions, please feel free to contact me.

Sincerely,

/s/ J. Keith Webb

J. Keith Webb

JKW/km

cc:     *<u>Via e-Service</u>*
Ray Murphy
Abernathy, Roeder, Boyd & Joplin, P.C.